# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOYCE M. JONES,
          Appellant,
    vs.
CLARK COUNTY SCHOOL DISTRICT;
AND PAT SKORKOWSKY,
SUPERINTENDENT,
          Respondents.

No. 69852

**FILED**

MAY 03 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY: DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Ronald J. Israel, District Judge
       Joyce M. Jones
       Clark County School District Legal Department
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-13783